# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

JOSHUA RABINOWITZ

                                Plaintiff,

v.                                             Case No.: 3:21–cv–12756–GC–RLS

                                                     Magistrate Judge Rukhsanah L. Singh

ALLTRAN FINANCIAL, LP

                                Defendant.

## Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

   It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 6th day of March, 2023,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

/s/ Georgette Castner
_____
GEORGETTE CASTNER United States District Judge